**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Ryan T. Jareck, Esq.
Attorneys for Adamar of NJ In Liquidation, LLC,
f/k/a Adamar of New Jersey, Inc. and
Manchester Mall, Inc., Debtor

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE JUDITH H. WIZMUR<br>CASE NO. 09-20711 (JHW)<br><br>Chapter 11 |
| ADAMAR OF NJ IN LIQUIDATION, LLC,<br><br>Debtors. | **CERTIFICATE OF CONSENT** |

      I HEREBY CERTIFY that with respect to the Consent Order submitted to the Court together with this Certificate, the following conditions have been met:

      1.      The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order to which the parties agreed;

2. The signatures on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

3. I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case or adversary proceeding;

4. I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

5. I will simultaneously electronically file this Certificate with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

/s/ Ryan T. Jareck
Ryan T. Jareck

DATED: May 3, 2011

45961/0001-7579238v1