**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for Adamar of NJ In Liquidation, LLC,
f/k/a Adamar of New Jersey, Inc. and
Manchester Mall, Inc., Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE JUDITH H. WIZMUR
CASE NO. 09-20711 (JHW)

Chapter 11

In re:

ADAMAR OF NJ IN LIQUIDATION, LLC,

Debtors.

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON**
**MAY 18, 2011, AT 9:30 A.M.**

TO:    All Parties-in-Interest

PLEASE TAKE NOTICE that pursuant to the Notice of Additional Omnibus Hearing Date entered on April 5, 2011 [Docket No. 1125], the following matters are currently scheduled to be heard on May 18, 2011, at 9:30 a.m.:

**RESOLVED MATTERS:**

1. **Motion:** Motion for entry of an Order Allowing and/or Fixing the State of New Jersey, Division of Taxation's and Department of Labor's Claims [Docket No. 997].

    **Objection Deadline:**  Objections were due by May 11, 2011.

    **Objection:**  None filed as of the date of this Agenda.

    **Response:**  None filed as of the date of this Agenda.

    **Status:**  Consent Order Resolving the State of New Jersey, Division of Taxation's claim was entered on May 4, 2011 [Docket No. 1151].

45961/0001-7564058v2

**WITHDRAWN MATTERS:**

1. **Motion:** Motion to Extend Time to File Late Claim filed on behalf of Shuang Bi [Docket No. 1146].

    **Objection Deadline:** Objections were due by May 11, 2011.

    **Objection:** None filed as of the date of this Agenda.

    **Response:** None filed as of the date of this Agenda.

    **Status:** This matter has been withdrawn [Docket No. 1159].

2. **Motion:** Motion for entry of an Order pursuant to Sections 1112(b), 105(a) and 305(a) of the Bankruptcy Code dismissing the Debtors' bankruptcy cases and granting related relief [Docket No. 1147].

    **Objection Deadline:** Objections were due by May 11, 2011.

    **Objection:** Objection filed on behalf of Mr. Roberto Alicea (the "Alicea Objection").[1]

    **Objection:** Objection filed on behalf of Ms. Veronica Hughes [Docket No. 1163] (the "Hughes Objection").

    **Objection:** Objection filed on behalf of Mr. Michael Klimentos [Docket No. 1160] (the "Klimentos Objection").

    **Response:** None filed as of the date of this Agenda.

    **Status:** The Alicea Objection, Hughes Objection and Klimentos Objection have been withdrawn [Docket Nos. 1165, 1166, 1167].

**UNCONTESTED MATTERS:**

1. **Motion:** Motion to Vacate Automatic Stay filed on behalf of Chase Home Finance, LLC [Docket No. 1130].

    **Objection Deadline:** Objections were due by May 11, 2011.

    **Objection:** None filed as of the date of this Agenda.

    **Response:** None filed as of the date of this Agenda.

    **Status:** This matter is going forward and is uncontested.

---

[1] The Alicea Objection was not filed on the Court's docket. The Debtors, however, attached the Alicea Objection to their Reply as **Exhibit A** for ease of reference.

2

2. **Motion:** Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 502(b) and 503 and Fed. R. Bankr. P. 3007 to Reclassify and Disallow Columbia Sussex Corporation's ("Columbia Sussex") Purported Administrative Expense Claim to a General Unsecured Claim [Docket No. 1138].

   **Objection Deadline:** Objections were due by May 11, 2011.

   **Objection:** None filed as of the date of this Agenda.

   **Response:** None filed as of the date of this Agenda.

   **Status:** This matter is going forward and is uncontested.

**CONTESTED MATTERS:**

1. **Motion:** Motion for Relief from Automatic Stay filed on behalf John Crabtree [Docket No. 1144].

   **Objection Deadline:** Objections were due by May 11, 2011.

   **Objection:** None filed as of the date of this Agenda.

   **Response:** None filed as of the date of this Agenda.

   **Status:** This matter is going forward.

2. **Motion:** Motion for entry of an Order pursuant to Sections 1112(b), 105(a) and 305(a) of the Bankruptcy Code dismissing the Debtors' bankruptcy cases and granting related relief [Docket No. 1147].

   **Objection Deadline:** Objections were due by May 11, 2011.

   **Objection:** Objection filed on behalf of Mr. Frederick Perrotta, Ms. Emily Perez and Mr. Edwin Purcell [Docket No. 1157].

   **Objection:** Objection filed on behalf of Ms. Janet Manus a/k/a Janet Dobroski [Docket No. 1158].

   **Objection:** Objection filed on behalf of Ms. Cassandra McGrain [Docket No. 1162].

   **Objection:** Objection filed on behalf of Mr. John Crabtree [Docket No. 1168].

   **Objection:** Objection filed on behalf of Ms. Lucretia Hill [Docket No. 1169].

3

**Response:**  Reply filed on behalf of the Debtors [Docket No. 1171].

**Status:**  This matter is going forward.

    Respectfully submitted,

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.
    Attorneys for Adamar of NJ In Liquidation, LLC,
    f/k/a Adamar of New Jersey, Inc. and
    Manchester Mall, Inc., Debtors

By:  */s/ Ilana Volkov*
    Michael D. Sirota
    Ilana Volkov

DATED:  May 16, 2011

45961/0001-7564058v2